—Judgment and order affirmed, with costs. All concurred, except McLennan, P. J., who dissented.

Alexander C. Elliott, Respondent, v. Empire Limestone Company, Appellant.— Judgment and order affirmed, with costs. All concurred; Foote, J., not sitting.

George A. Quick, Respondent, v. Niagara Falls Power Company, Appellant, Impleaded with Benjamin F. Cowles.— Judgment and order affirmed, with costs. All concurred.

Lillian L. Prine, as Administratrix, etc., of William H. Prine, Deceased, Appellant, v. The Commercial Travelers' Mutual Accident Association of America, Respondent.— Interlocutory judgment affirmed, with costs, with leave to the plaintiff to plead over within twenty days upon payment of the costs of the demurrer and of this appeal. All concurred.

The People of the State of New York, Respondent, v. Philip Titelbaum, Appellant.— Judgment of conviction and order affirmed. All concurred.

Genesee Fruit Company, Respondent, v. Empire State Pickling Company, Appellant.—Judgment and order affirmed, with costs. All concurred; Foote, J., not sitting.

Bernard A. Schweid and Harry A. Schweid, Appellants, v. Christina Oothout, Respondent.—Judgment and order affirmed, with costs. All concurred.

Abram Hollander, Respondent, v. Abraham Melnick, Appellant.— Judgment affirmed, with costs. All concurred.

In the Matter of the Estate of Eunice Jane Tobey, Deceased. Alphonso A. Tobey, Appellant; Edwin E. Burroughs, Executor, etc., of Eunice Jane Tobey, Deceased, Respondent.— Decree affirmed, with costs. All concurred.

Imo W. Toms, Respondent, v. Town of Newfane, Niagara County, N. Y., Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event. Held, that the evidence fails to establish actionable negligence against the defendant. All concurred, except Kruse, J., who dissented.

David A. Alexander, Appellant, v. Wright & Alexander Company, Respondent.— Judgment affirmed, with costs. All concurred.

Baldwin's Bank of Penn Yan, Respondent, v. Albert L. Smith and Walter S. Smith, Appellants.—Judgment affirmed, with costs. All concurred, except Foote, J., who dissented.

William Ward, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event, upon the ground that the verdict of the jury on the question of defendant's negligence is contrary to and against the weight of the evidence. All concurred, except Robson, J., who dissented.

Victor Seibert, Plaintiff, v. The Erie Railroad Company, Defendant.— Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the nonsuit, with costs. All concurred, except Kruse, J., who dissented upon the ground that if there was a sudden, violent collision caused by the engine coming against